FILED
DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FEB 16  AM 11: 23

TIMOTHY M. O'BRIEN
CLERK
_____ DEPUTY
KANSAS CITY, KS

Michael A Sipia
703 East 10 R ST
APT 309 KCmo  64106
(Enter above the full name of the Plaintiff(s))

vs. The

Kansas University
Name
medical center KU
Street and number  3901 ___ BLVD KCK
_____ KS _____
City      State      Zip Code

Case Number: 10-CV-2096 JWL/JPO

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.  Name of plaintiff  Michael A Sipia
       Address  703 East 10 ST  APT
       309 Kansas City
       Missouri 64106

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.  Defendant _The Kansas University_ is employed at _medical center_

_____

C.  Additional Defendants _Doctor Herr_
    _Fa Doctor Physicians_
    _& Dr. Burton Jones Greenberg_
    _& Doctor Jones Rhodes_
    _Hendrix Kc G-F Clinic_
    _& J K u. Medical Center_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.  Plaintiff is a citizen of the State of _Mo_.

2.  The first-named defendant above is either

    a.  a citizen of the State of _KS_ ; or

    b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3.  The second-named defendant above is either

    a.  a citizen of the State of _____; or

    b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

_____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I'm claiming to the personal injury bal suit against K-U medical center for wrongfully doing stomach surgery on my gastro intestinal celiac re all kind of problems swalling problems

3

From B.T Past out

So I have a big bit Trouble
eating stalling Taking
bowel movement
I'll so Go. Lax

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

I'm Filing A Lwsuit Grevency Today ok.

I Would like for
you To see GT for Rehearing
me Damages in your fedeyl Court
so on last Bfore He kew k-u
medicl center

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [X]   No [ ]

VI.   Do you claim actual damages for the acts alleged in your complaint?   Yes [X]   No [ ]

VII.   Do you claim punitive monetary damages? Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

in All your Honer but
so I'm Legally Claiming The
Amount of Medical Lwl Suit
injury money Against The
Kansas University Medical Center
for Pain Suffering from
The stomach operation at KU The
That Amount but
1, million but So. 1, million
Doller Doller
* medcl 1 Doller loss of Fun AV
your Abr Dbreges Such All

4

VIII. Administrative Procedures:

 A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X]   No [ ]

 B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_The res misclf'r federal court system it \ be filed in the krong court._

 C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

 _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

 _____ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Michael C Spiva_
Signature of Plaintiff

_Michael A Spiva_
Name (Print or Type)

5

703 East 10 R St.
Apt 309
Address

Kansas City Mo.
City        State        Zip Code

none 641/06
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita,   Kansas City   or   Topeka ) Kansas as the location for the
                                (circle one location)
trial in this matter.

*Michael Q Lipin*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes   or   no ).
                                 (circle one)

*Michael Q Lipin*
Signature of Plaintiff

Dated: _____
(Rev. 8/07)

6

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SUPICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:09-CV-00769-SWH |
| | ) | |
| v. | ) | |
| | ) | |
| KANSAS UNIVERSITY MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Plaintiff Michael A. Supica's amended motion for leave to proceed in forma pauperis and financial affidavit (Doc. 8). Pursuant to 28 U.S.C. § 1915, the Court has the discretion to allow a litigant to proceed without fees after a showing of poverty. *Cross v. General Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1982). This requires a showing that denial of the application would create a significant hardship for the applicant. Local Rule 83.7(a)(3). Plaintiff has submitted a sworn affidavit indicating that he is unemployed, owns neither real property nor significant personal property, has approximately $84 cash on hand, and has a negative monthly cash flow. On its face, this is an application for leave to proceed in forma pauperis that would be granted.

However, plaintiff is attempting to sue Kansas University Medical Center for medical malpractice. This action cannot be brought in this Court. *See* 28 U.S.C. §1391 which states that:

> (a) A civil action wherein jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, . . . , or (3) a judicial district in which the defendants are subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

As named defendant Kansas University Medical Center is located in Kansas and since that is presumably where the alleged medical malpractice occurred, this Court lacks venue over plaintiff's claims. Accordingly, it is hereby

ORDERED that plaintiff Michael Supica's amended motion for leave to proceed in forma pauperis (Doc. 8) is denied. All other pending motions are denied as moot.

**IT IS SO ORDERED**

Dated: February 11, 2010 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SUPICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.09-0769-CV-W-SWH |
| | ) | |
| v. | ) | |
| | ) | |
| KANSAS UNIVERSITY MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to proceed in forma pauperis is denied.


 February 11, 2010          Ann Thompson
 Dated                      Clerk of Court

 February 11, 2010          /s/ Alex Francis
 Entered                    (by) Deputy Clerk