# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MICHAEL SUPICA,

      Plaintiff,

vs.                                        Civil Case No. 10-2096-JAR

KANSAS UNIVERSITY MEDICAL, ET. AL,

      Defendants.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Memorandum and Order  (Dk. 13) filed on March 30, 2010, that the February 25, 2010 Report and Recommendation (Doc. 10) shall be adopted by the Court as its own.  Plaintiff's Complaint shall be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: March 31, 2010                TIMOTHY M. O'BRIEN, CLERK

                                  By   s/ M Barnes
                                        Deputy